# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KING CHUEN TANG,<br><br>Defendant. | Case No.: CR 10-0080 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SENTENCING HEARING** |

In this matter, defendant Tang has entered a guilty plea pursuant to a plea agreement with the government and pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). Defendant Tang currently has a sentencing date of January 31, 2013, at 2:00 p.m.

The parties, including the Probation Office, require additional time to consider matters related to the Presentence Report and prior to the filing of any sentencing memoranda. The additional time will allow for the parties to accomplish this task and resolve any issues before a sentencing hearing takes place.

1  As such, the parties stipulate and request that the Court vacate the current sentencing
2  hearing date of January 31, 2013, and continue the sentencing hearing to February 7, 2013, at
3  2:00 p.m.
4  The Court also appears to be available on the suggested date based on a review of the
5  Court's available dates on the Court's website.
6  SO STIPULATED:

                                                MELINDA HAAG
7                                               United States Attorney
8

9  Dated: January 15, 2013          _____/s/_____
                                                JONATHAN SCHMIDT
10                                              Assistant United States Attorney
11

12  Dated: January 15, 2013          _____/s/_____
                                                EDWIN PRATHER
13                                              Attorney for Defendant
                                                KING CHUEN TANG
14

15

16

17                          **[PROPOSED]** ORDER

18  GOOD CAUSE APPEARING and per the parties' stipulation, Mr. Tang's
19  sentencing hearing is hereby continued until February 7, 2013, at 2:00 p.m.
20  IT IS SO ORDERED.

21  Dated:  January 15, 2013        _____
22                                              HON. JEFFREY S. WHITE
                                                U.S. DISTRICT JUDGE
23

24

25

JOINT STIPULATION AND [PROPOSED] ORDER
RE SENTENCING HEARING [Case No.: CR 10-0080 JSW]                                    2